O/JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN LEON BOWDEN,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>V. SINGH, Warden,<br><br>　　　　　Respondent. | Case No. CV 12-3944 CAS (JCG)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: November 10, 2014

_____
HON. CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE